IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00415-PSF-MJW

SHAWNA LONG,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC, a Kansas limited liability company,

    Defendant.

## ORDER DIRECTING SUBMISSION OF DISMISSAL PAPERS

This matter comes before the Court pursuant to plaintiff's Notice of Settlement filed March 28, 2006 (Dkt. # 5). The Court ORDERS the parties to file papers dismissing this case no later than April 7, 2006 in light of the settlement.

DATED: March 29, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge