IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00415-PSF-MJW

SHAWNA LONG,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC, a Kansas limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

    The Court having reviewed plaintiff's Unopposed Motion to Dismiss With Prejudice (Dkt. # 8) and being fully advised in the premises, hereby ORDERS that this case is DISMISSED with prejudice, each party to pay her or its own attorney fees and costs.

    DATED: March 30, 2006

                                                 BY THE COURT:

                                                 *s/ Phillip S. Figa*
                                                 _____
                                                 Phillip S. Figa
                                                 United States District Judge